UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BILLINGER,<br><br>              Plaintiff,<br><br>     v.<br><br> //,<br><br>              Defendant. | Case No. 16-cv-00222-JD<br><br>**ORDER OF TRANSFER** |

This is a habeas case filed pro se by a state prisoner.  Petitioner seeks to challenge a conviction obtained in Long Beach, CA which is in Los Angeles County.  Los Angeles County is in the venue of the United States District Court for the Central District of California.  Petitioner is incarcerated in Stockton, CA, which is located in the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither.  Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Los Angeles County, this case is **TRANSFERRED** to the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: March 17, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BILLINGER,<br>        Plaintiff,<br>    v.<br>CHURCH,<br>        Defendant. | Case No. 16-cv-00222-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Billinger ID: V27565
CHCF - Stockton
P.O. Box 32200
Stockton, CA 95312

Dated: March 17, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2