JS-6

FILED
CLERK U.S. DISTRICT COURT
MAY 25 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT BILLINGER, | ) Case No. CV 16-1916-JFW(AJW) |
| Petitioner, | ) |
| v. | ) |
| ASST WARDEN CHURCH, | ) JUDGMENT |
| Respondent. | ) |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: May 25, 2016

_____
John F. Walter
United States District Judge